**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANITA SMITH, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | |
| PHILADELPHIA COMMISSIONER'S | : | |
| OFFICE, et al., | : | |
|     Defendants. | : | No. 11-3217 |

## ORDER

**AND NOW**, this 16th day of February, 2012, upon consideration of the motions to dismiss filed by Defendants (Docket Nos. 11, 13, 14, 19) and Plaintiff's failure to respond thereto, it is hereby **ORDERED** that Defendants' Motions (Docket Nos. 11, 13, 14, 19) are **GRANTED**. It is further **ORDERED** that to the extent any claims remain against non-moving defendants, those claims are **DISMISSED** under 28 U.S.C. § 1915(e)(2).[1] The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Under 28 U.S.C. § 1915(e)(2), the Court may *sua sponte* dismiss at any time claims made by *in forma pauperis* plaintiffs that are frivolous, malicious, or fail to state a claim on which relief may be granted.